**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00466-CMA-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**2.    SYLVIA ROME JIMENEZ**,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between Government and Defendant Jimenez's counsel and Chambers staff, a motions hearing has been set for **March 18, 2010 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse. The Court has set aside 90 minutes for this hearing and Defendant Jimenez shall be present at said hearing.

    DATED: March 9, 2010